IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David S. Powell<br>    Debtor. | BANKRUPTCY CASE NUMBER<br>17-23157/CMB |
| Nationstar Mortgage LLC<br>    Movant,<br>v. | CHAPTER 7<br>11 U.S.C. § 362 |
| David S. Powell<br>    Debtor/Respondent. | Hearing Date and Time: September 19, 2017, at 1:30 PM |
| Natalie Lutz Cardiello, Trustee<br>    Additional Respondent. | Objections due by: September 11, 2017<br>**ENTERED BY DEFAULT**<br>Related to Doc # ___17___ |

**O R D E R**

AND NOW, this __13th__ day of __September__, 2017, at the Western District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 146 Saylong Drive, Pittsburgh, PA 15235; and it is

~~FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.~~

BY THE COURT:

*/s/ Carlota M. Böhm*   **kmt**
HONORABLE CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE

FILED
9/13/17 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA